SAMUEL BAYER and Others, Appellants, v. JAMES A. RILEY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHESTER A. BRAMAN and Others, Copartners, etc., Appellants, v. JOSEPH KREINIK, Respondent.— Order modified by providing that the order for examination be further limited by striking out the provisions under subdivisions 1, 2, 6, 7, 8 and 9 thereof, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

EDWARD BRENNAN, an Infant, by JAMES BRENNAN, His Guardian ad Litem, Respondent, Appellant, v. JOHN VAN PRAAG, Defendant.— Order reversed and motion granted, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

BURGHARD STEINER, as Surviving Partner, etc., Respondent, v. MAX RADT, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HARRY SAMWICK, Respondent, v. BLINDERMAN & COHEN AMUSEMENT COMPANY, INC., and Another, Impleaded with ELIAS MAYER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of JENNIE L. BROBST, Deceased.— Motion to dismiss appeal denied, with leave to renew as stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CARL F. GUGGENBUEHLER v. CAST-A-LINER COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ROBERT J. MACHER v. ANNIE GRUBER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JACOB GRIFFEL and Others v. COLUMBIA KID LEATHER MANUFACTURING COMPANY, INC.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.